1  Dennis Wilson (Bar No. 155407)
   David K. Caplan (Bar No. 181174)
2  KEATS McFARLAND & WILSON LLP
3  9720 Wilshire Boulevard, Penthouse Suite
   Beverly Hills, California  90212
4  Telephone:  (310) 248-3830
5  Facsimile:  (310) 860-0363
   Email:  DWilson@kmwlaw.com
6          DCaplan@kmwlaw.com

7  R. Charles Henn Jr.
   Sara M. Vanderhoff
8  KILPATRICK STOCKTON LLP
9  Suite 2800
   1100 Peachtree Street
10 Atlanta, GA 30309
11 Telephone:  (404) 815-6500
   Facsimile:  (404) 815-6555
12 Email:  chenn@kilpatrickstockton.com
13         svanderhoff@kilpatrickstockton.com

14 **Attorneys for Plaintiffs**

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS AG,<br>　　　　　　　Plaintiff,<br>　　　v.<br>WAH LEI FOOTWEAR (U.S.A.) CORPORATION, FU JU (U.S.A.) GROUP INC., LA DISCOUNT SHOES, SUNNY SHOES CORP., and TOP SHOES, INC.<br>　　　　　　　Defendants. | Case No.: CV08-04969-JFW (JTLx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date:　October 27, 2008<br>Time:　1:30 p.m.<br>Place:　Hon. John F. Walter<br>　　　　312 N. Spring Street,<br>　　　　Courtroom 16 |

# ORDER

The Court having granted Plaintiffs' Motion for Default Judgment as to Defendant Top Shoes, Inc. IT IS HEREBY ORDERED THAT:

1. Judgment shall be entered against Defendant Top Shoes as to each of the claims asserted by adidas against it.

2. Top Shoes and all its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Top Shoes, or in concert or participation with Top Shoes, and each of them, be PERMANENTLY ENJOINED and RESTRAINED, from:

    a. manufacturing, selling, offering for sale, advertising, promoting, distributing or displaying the Infringing Footwear;

    b. manufacturing, selling, offering for sale, advertising, promoting, distributing or displaying any other footwear bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including without limitation any footwear having a design, mark, or feature on the side of the upper that consists of (1) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Trademark Registrations) with one additional stripe; or (2) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Trademark Registrations) less one of the three stripes;

3. Within ten (10) days of service of this Order, Defendant shall:

    a. be compelled to account to adidas for any and all profits derived by Defendant from the sale or distribution of infringing goods as described in this Action; and

1        b. pay to adidas the entire amount of said profits on account of

2            Defendant's knowing and intentional use of confusingly similar

3            imitations of adidas's Three-Stripe Mark.

4    4. Plaintiff shall be entitled to an award of the costs of this action, including

5       reasonable attorneys' fees. Plaintiff shall file a Moiton to support the

6       amount of this award as provided by the Court's Order.

7

8 Dated: October 21, 2008.

9                                    By:_____

10                                     The Honorable John F. Walter
                                        United States District Court

11                                     Central District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                 -2-

                                                    [PROPOSED] ORDER