Dennis Wilson (Bar No. 155407)
David K. Caplan (Bar No. 181174)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: DWilson@kmwlaw.com
         DCaplan@kmwlaw.com

R. Charles Henn Jr.
Sara M. Vanderhoff
KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: chenn@kilpatrickstockton.com
         svanderhoff@kilpatrickstockton.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS AG,<br><br>            Plaintiff,<br><br>     v.<br><br>WAH LEI FOOTWEAR (U.S.A.) CORPORATION, FU JU (U.S.A.) GROUP INC., LA DISCOUNT SHOES, SUNNY SHOES CORP., and TOP SHOES, INC.<br><br>            Defendants. | Case No.: CV08-04969-JFW (JTLx)<br><br>**PERMANENT INJUNCTION ON CONSENT (REGARDING WAH LEI FOOTWEAR (U.S.A.) CORPORATION)** |

PERMANENT INJUNCTION ON CONSENT

US2008 408108.1

1   This Court, having considered the Complaint on file in this action, and
2   Defendant Wah Lei Footwear (U.S.A.) Corporation ("Wah Lei"), a California
3   corporation, having consented to the terms of the judgment and permanent
4   injunction set forth below, this Court hereby finds as follows:

5   1. Plaintiff adidas AG owns and adidas America, Inc. extensively uses the
6   Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid U.S.
7   Trademark Registration Nos. 870,136, 1,815,956, 1,833,868, 2,016,963, 2,058,619,
8   2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129,
9   3,029,135, 3,087,329, and 961,353 (the "Trademark Registrations").  Copies of the
10  Trademark Registrations are attached hereto collectively as Exhibit A.

11  2. On July 29, 2008, adidas filed a complaint in the instant action claiming,
12  *inter alia*, that Wah Lei advertised, distributed, offered for sale and sold footwear
13  bearing four parallel stripes in a manner that infringes adidas's rights in and dilutes the
14  distinctive quality of adidas's Three-Stripe Mark (the "Disputed Footwear").  A
15  photograph of a representative example of the Disputed Footwear is attached hereto as
16  Exhibit B.

17  3. The Court has jurisdiction over the subject matter of this action and over
18  Wah Lei and venue in this action is proper in this judicial district.

19  **IT IS HEREBY ORDERED** that:

20  1. Wah Lei and all its agents, officers, employees, representatives,
21  successors, assigns, attorneys, and all other persons acting for, with, by, through, or
22  under authority from Wah Lei, or in concert or participation with Wah Lei, and each
23  of them, be PERMANENTLY ENJOINED and RESTRAINED, from:

24      a. manufacturing, selling, offering for sale, advertising, promoting,
25         distributing or displaying the Disputed Footwear;

26
27
28

US2008 408108.1

b. manufacturing, selling, offering for sale, advertising, promoting, distributing or displaying any other footwear bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including without limitation any footwear having a design, mark, or feature on the side of the upper that consists of (1) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Trademark Registrations) with one additional stripe; or (2) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Trademark Registrations) less one of the three stripes;

2. The parties shall bear their own costs, including attorneys' fees.

3. The Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

IT IS SO ORDERED, this 29th day of October, 2008.

_____
The Honorable John F. Walter, Judge
United States District Court

-2-   PERMANENT INJUNCTION ON CONSENT

US2008 408108.1